IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, Individually,

        Plaintiff,

v.

NEWPORT HOTEL GROUP, LLC, and JON E COHEN, DOUGLAS D. COHEN and RENEE COHEN, as Trustees of Hyannis Harborview Resort Condominium Trust

        Defendants.

Case Number: 04-12299 MLW

### PLAINTIFF'S LOCAL RULE 16.1 (d) CERTIFICATE

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel and parties hereby certify that they have conferred:

(a) With a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

        Respectfully submitted,

_____  
George Iverson

_____  
O. Oliver Wragg, Esq. (BBO #643152)  
Of Counsel  
Fuller, Fuller & Associates, P.A.  
12000 Biscayne Blvd., Suite 609  
North Miami, FL 33181  
(305) 689-0800

oow: bl(ffa@fullerfuller.com)  
3626

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this _____ day of December, 2004 to: Leonard H. Freiman; Goulston & Storrs; 400 Atlantic Avenue; Boston, MA 02110-3333; (617) 482-1776; (617) 574-4112.

           The Plaintiff by his Attorney:
           **FULLER, FULLER & ASSOCIATES, P.A.**
           12000 Biscayne Blvd., Suite 609
           North Miami FL 33181
           Tel.: (305)891-5199; Fax: (305)893-9505
           FFA@fullerfuller.com

By: _____
      O. Oliver Wragg, Esq. (BBO #643152)
      Of Counsel
      Counsel for Plaintiff

OOW:blffa@fullerfuller.com)
scheduling report.wpd