UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, <br><br> Plaintiff, <br><br> v. <br><br> NEWPORT HOTEL GROUP, LLC, <br> a Rhode Island Corporation, and JON E. COHEN, DOUGLAS D. COHEN and RENEE COHEN, as Trustees of Hyannis Harborview Resort Condominium Trust, <br><br> Defendants. | Case No. 04-CV-12299-MLW |

## DEFENDANT NEWPORT HOTEL GROUP, LLC.'S
## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO LOCAL RULE 7.3(A)

Pursuant to District of Massachusetts Local Rule 7.3(A), Newport Hotel Group, LLC, states that such defendant neither has a parent corporation nor does any publicly held company own ten percent (10%) or more of such defendant's stock.

NEWPORT HOTEL GROUP, LLC.

By its attorneys,

Leonard H. Freiman (BBO #560233)
Goulston & Storrs
A Professional Corporation
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
(617) 482-1776
lfreiman@goulstonstorrs.com

Dated: January 6, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January 2005, I served copies of the foregoing document by causing copies thereof to be forwarded in the manner indicated below to:

**(via first class mail)**
O. Oliver Wragg, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL  33181

_____
Leonard H. Freiman