U.S. DISTRICT COURT
DISTRICT OF MASS.

2005 JAN 27 P 3:22

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEWPORT HOTEL GROUP, LLC, )<br>a Rhode Island Corporation, and JON E. )<br>COHEN, DOUGLAS D. COHEN and )<br>RENEE COHEN, as Trustees of Hyannis )<br>Harborview Resort Condominium Trust, )<br>)<br>Defendants. )<br>_____) | Case No. 04-CV-12299-MLW |

**DEFENDANTS NEWPORT HOTEL GROUP, LLC'S AND JON E. COHEN, DOUGLAS D. COHEN AND RENEE COHEN AS TRUSTEES OF HYANNIS HARBOR VIEW RESORT CONDOMINIUM TRUST'S
<u>RULE 16.1 CERTIFICATION</u>**

The below listed defendants and their counsel hereby certify that they have complied with Local Rule 16.1 and have conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

JON E. COHEN
_____
As Trustee of Hyannis Harbor View
Resort Condominium Trust

*[signature]*

DOUGLAS D. COHEN
As Trustee of Hyannis Harbor View
Resort Condominium Trust

RENEE COHEN

*(please see attached facsimile signature)* LHF

As Trustee of Hyannis Harbor View
Resort Condominium Trust

NEWPORT HOTEL GROUP, LLC

By: *[signature]*
Its: Manager

NEWPORT HOTEL GROUP, LLC, AND JON E.
COHEN, DOUGLAS D. COHEN AND RENEE
COHEN AS TRUSTEES OF HYANNIS
HARBORVIEW RESORT CONDOMINIUM
TRUST

By their attorneys,

*[signature]*

Leonard H. Freiman (BBO #560233)
Goulston & Storrs
A Professional Corporation
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
(617) 482-1776
lfreiman@goulstonstorrs.com

Dated: January 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January 2005, I served copies of the foregoing document by causing copies thereof to be forwarded in the manner indicated below to:

**(via facsimile and first class mail)**
O. Oliver Wragg, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181

-2-

DOUGLAS D. COHEN

_____
As Trustee of Hyannis Harbor View
Resort Condominium Trust

RENEE COHEN

Renee Cohen

As Trustee of Hyannis Harbor View
Resort Condominium Trust

NEWPORT HOTEL GROUP, LLC

By: _____

Its: MANAGER

NEWPORT HOTEL GROUP, LLC, AND JON E.
COHEN, DOUGLAS D. COHEN AND RENEE
COHEN AS TRUSTEES OF HYANNIS
HARBORVIEW RESORT CONDOMINIUM
TRUST

By their attorneys,

_____
Leonard H. Freiman (BBO #560233)
Goulston & Storrs
A Professional Corporation
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
(617) 482-1776
lfreiman@goulstonstorrs.com

Dated: January __, 2005

### CERTIFICATE OF SERVICE

I hereby certify that on the __ day of January 2005, I served copies of the foregoing document by causing copies thereof to be forwarded in the manner indicated below to:

(via facsimile and first class mail)
O. Oliver Wragg, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181

-2-

GSDOCS-1444865-1