U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-CV-12299-MLW |
| ) | |
| NEWPORT HOTEL GROUP, LLC, ) | |
| a Rhode Island Corporation, and JON E. ) | |
| COHEN, DOUGLAS D. COHEN and ) | |
| RENEE COHEN, as Trustees of Hyannis ) | |
| Harborview Resort Condominium Trust, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS NEWPORT HOTEL GROUP, LLC'S AND JON E. COHEN, DOUGLAS D. COHEN AND RENEE COHEN AS TRUSTEES OF HYANNIS HARBOR VIEW RESORT CONDOMINIUM TRUST'S RULE 16.1 CERTIFICATION**

The below listed defendants and their counsel hereby certify that they have complied with Local Rule 16.1 and have conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

JON E. COHEN

_____
As Trustee of Hyannis Harbor View
Resort Condominium Trust

DOUGLAS D. COHEN
As Trustee of Hyannis Harbor View
Resort Condominium Trust

RENEE COHEN
*(please see attached facsimile signature)* LHF
As Trustee of Hyannis Harbor View
Resort Condominium Trust

NEWPORT HOTEL GROUP, LLC

By: _____
Its: Manager

NEWPORT HOTEL GROUP, LLC, AND JON E.
COHEN, DOUGLAS D. COHEN AND RENEE
COHEN AS TRUSTEES OF HYANNIS
HARBORVIEW RESORT CONDOMINIUM
TRUST

By their attorneys,

_____
Leonard H. Freiman (BBO #560233)
Goulston & Storrs
A Professional Corporation
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
(617) 482-1776
lfreiman@goulstonstorrs.com

Dated: January 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January 2005, I served copies of the foregoing document by causing copies thereof to be forwarded in the manner indicated below to:

**(via facsimile and first class mail)**
O. Oliver Wragg, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181

-2-

DOUGLAS D. COHEN

_____
As Trustee of Hyannis Harbor View
Resort Condominium Trust

RENEE COHEN

*/s/ Renee Cohen*
_____
As Trustee of Hyannis Harbor View
Resort Condominium Trust

NEWPORT HOTEL GROUP, LLC

By: _____
   Its: MANAGER

NEWPORT HOTEL GROUP, LLC, AND JON E.
COHEN, DOUGLAS D. COHEN AND RENEE
COHEN AS TRUSTEES OF HYANNIS
HARBORVIEW RESORT CONDOMINIUM
TRUST

By their attorneys,

_____
Leonard H. Freiman (BBO #560233)
Goulston & Storrs
A Professional Corporation
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
(617) 482-1776
lfreiman@goulstonstorrs.com

Dated: January __, 2005

### CERTIFICATE OF SERVICE

I hereby certify that on the __ day of January 2005, I served copies of the foregoing document by causing copies thereof to be forwarded in the manner indicated below to:

> (via facsimile and first class mail)
> O. Oliver Wragg, Esq.
> Fuller, Fuller & Associates, P.A.
> 12000 Biscayne Blvd., Suite 609
> North Miami, FL 33181