AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: NOVEMBER 23, 2004 |
| NAME OF SERVER (PRINT): JOHN E. MOY | TITLE: FEDERAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 336 THAMES STREET, 2ND FL NEWPORT, R.I. OFFICES OF NEWPORT HOTEL GROUP, LLC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-23-04
             Date

Signature of Server: *John E. Moy*

Address of Server: 41 WOODLAND DR. PORTSMOUTH, R.I.

JOHN E. MOY - CONSTABLE
DISTRICT COURT # 6004
SUPERIOR COURT # 119
FEDERAL PROCESS SERVER

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.