UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GEORGE IVERSON, Individually, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 04-CV-12299-MLW |
| NEWPORT HOTEL GROUP, LLC, a Rhode Island Corporation, and JON E. COHEN, DOUGLAS D. COHEN and RENEE COHEN, as Trustees of Hyannis Harborview Resort Condominium Trust, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## **DEFENDANTS' ASSENTED TO MOTION TO EXTEND THE TIME FOR THE FILING OF ITS RULE 26 (a) (2) EXPERT DESIGNATION AND DISCLOSURES**

Defendants Newport Hotel Group, LLC and Jon E. Cohen, Douglas D. Cohen and Renee Cohen as Trustees of Hyannis Harborview Resort Condominium Trust (collectively, "Defendants") hereby respectfully request that the Court extend the time for these Defendants to make their expert disclosures by thirty (30) days until August 15, 2005. Plaintiff has assented to this motion. Through the Scheduling Order entered in this case, the Defendants are required to designate any expert witnesses and provide the requisite expert disclosures by July 15, 2005. However, the parties are in the process of trying to settle this matter and have, in fact, exchanged settlement proposals. Defendants and the Plaintiff are trying to avoid the additional expense to the Defendants of preparing an expert report while these settlement negotiations are on-going. Accordingly, the Defendants request, with Plaintiff's consent, that Defendants' requisite expert

Case 1:04-cv-12299-MLW   Document 17   Filed 07/08/2005   Page 2 of 3

designations and disclosures under the current Scheduling Order be extended until August 15, 2005. No other dates in the Scheduling Order need to be changed.

Wherefore, the Defendants respectfully request that this motion be granted with the Plaintiff's assent.

Respectfully submitted,

NEWPORT HOTEL GROUP, LLC, AND JON E. COHEN, DOUGLAS D. COHEN AND RENEE COHEN AS TRUSTEES OF HYANNIS HARBORVIEW RESORT CONDOMINIUM TRUST,

By their attorneys,

/s/ Leonard H. Freiman
Leonard H. Freiman (BBO #560233)
Goulston & Storrs
A Professional Corporation
400 Atlantic Avenue
Boston, Massachusetts  02110-3333
(617) 482-1776
lfreiman@goulstonstorrs.com

Dated:  July 8, 2005

-2-

GSDOCS-1428733-1
GSDOCS\1508315.1 7/8/2005 12:06 PM

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July 2005, I served copies of the foregoing Defendants' Assented to Motion to Extend the Time for the Filing of its Rule 26(a)(2) Expert Designation and Disclosures by causing copies thereof to be forwarded in the manner indicated below to:

**(via electronic mail and first class mail)**
John P. Fuller, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL  33181

                                                /s/ Leonard H. Freiman
                                                Leonard H. Freiman