UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-CV-12299-MLW |
| ) | |
| NEWPORT HOTEL GROUP, LLC, ) | |
| a Rhode Island Corporation, and JON E. ) | |
| COHEN, DOUGLAS D. COHEN and ) | |
| RENEE COHEN, as Trustees of Hyannis ) | |
| Harborview Resort Condominium Trust, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' ASSENTED TO MOTION TO EXTEND THE TIME FOR THE FILING OF ITS RULE 26 (a) (2) EXPERT DESIGNATION AND DISCLOSURES

Defendants Newport Hotel Group, LLC and Jon E. Cohen, Douglas D. Cohen and Renee Cohen as Trustees of Hyannis Harborview Resort Condominium Trust (collectively, "Defendants") hereby respectfully request that the Court extend the time for these Defendants to make their expert disclosures by thirty (30) days until September 15, 2005. Plaintiff has assented to this motion. Through the Scheduling Order entered in this case, the Defendants are required to designate any expert witnesses and provide the requisite expert disclosures by August 15, 2005 based on a prior extension request. However, the parties are in the final stages of negotiating a settlement of this matter and hope to have such settlement finalized within the next week or so. Defendants and the Plaintiff are trying to avoid the additional expense to the Defendants of preparing an expert report while these settlement negotiations are continuing. Accordingly, the

Defendants request, with Plaintiff's consent, that Defendants' requisite expert designations and disclosures under the current Scheduling Order be extended until September 15, 2005.  No other dates in the Scheduling Order need to be changed.

Wherefore, the Defendants respectfully request that this motion be granted with the Plaintiff's assent.

Respectfully submitted,

NEWPORT HOTEL GROUP, LLC, AND JON E. COHEN, DOUGLAS D. COHEN AND RENEE COHEN AS TRUSTEES OF HYANNIS HARBORVIEW RESORT CONDOMINIUM TRUST,

By their attorneys,

/s/ Leonard H. Freiman
Leonard H. Freiman (BBO #560233)
Goulston & Storrs
A Professional Corporation
400 Atlantic Avenue
Boston, Massachusetts  02110-3333
(617) 482-1776
lfreiman@goulstonstorrs.com

Dated:  August 9, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August 2005, I served copies of the foregoing Defendants' Assented to Motion to Extend the Time for the Filing of its Rule 26(a)(2) Expert Designation and Disclosures by causing copies thereof to be forwarded in the manner indicated below to:

> **(via electronic mail and first class mail)**
> John P. Fuller, Esq.
> Fuller, Fuller & Associates, P.A.
> 12000 Biscayne Blvd., Suite 609
> North Miami, FL  33181

>                       /s/ Leonard H. Freiman
>                       Leonard H. Freiman