UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually,<br><br>          Plaintiff,<br><br>v.<br><br>NEWPORT HOTEL GROUP, LLC,<br>a Rhode Island Corporation, and JON E.<br>COHEN, DOUGLAS D. COHEN and<br>RENEE COHEN, as Trustees of Hyannis<br>Harborview Resort Condominium Trust,<br><br>          Defendants. | Case No. 04-CV-12299-MLW |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

In accordance with Fed.R.Civ.P. 41(a)(1), plaintiff George Iverson and defendants Newport Hotel Group, LLC and Jon E. Cohen, Douglas D. Cohen and Renee Cohen, as Trustees of Hyannis Harborview Resort Condominium Trust, hereby stipulate and agree to dismiss this action with prejudice and without costs or attorneys' fees, all rights of appeal therefrom being waived.

| | |
|---|---|
| NEWPORT HOTEL GROUP, LLC, a Rhode Island Corporation, and Jon E. Cohen, Douglas D. Cohen and Renee Cohen, as Trustees of Hyannis Harborview Resort Condominium Trust<br><br>By its attorneys,<br><br>/s/ Leonard H. Freiman<br>Leonard H. Freiman (BBO #560233)<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, Massachusetts 02110-3333<br>(617) 482-1776 | GEORGE IVERSON, Individually,<br><br>By its attorneys,<br><br>/s/ O. Oliver Wragg<br>O. Oliver Wragg (BBO #643152)<br>Fuller, Fuller & Associates, P.C.<br>12000 Biscayne Blvd., Suite 609<br>North Miami, Florida 33181<br>(305) 891-5199 |

Dated: September 29, 2005